**2**

DAVID P. CUSICK, #160467 TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
KRISTEN A. KOO, #230856, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 20-21922-C-13C |
| ) | DCN: DPC-1 |
| ) | |
| MATTHEW D KING, ) | TRUSTEE'S OBJECTION TO |
| MICHELE E PRATHER KING, ) | CONFIRMATION |
| ) | |
| ) | DATE:　　　JUNE 9, 2020 |
| ) | TIME:　　　2:00 P.M. |
| ) | JUDGE:　　KLEIN |
| Debtor(s) ) | COURTROOM: 33 |

　　　DAVID P. CUSICK, TRUSTEE, opposes confirmation of the Debtor(s) plan and does not recommend its confirmation.

　　　The Trustee objects to confirmation as:

　　　**PLAN RELIES ON PENDING MOTIONS**. Debtors cannot afford to make the payments or comply with the Plan, 11 U.S.C. §1325(a)(6). Debtors' Plan calls for Motion to Value Collateral of Harley Davidson Financial Services on 2016 Harley Davidson and of Travis

1

1 | Credit Union on 2006 Ford F-150, which are set for hearing on June 2, 2020. If the motions to value are not granted, Debtors' Plan may not have sufficient monies to pay the claim in full and therefore should also be denied confirmation.

WHEREFORE the movant prays that the Court enter an order denying confirmation of the Debtor(s) plan unless these matters are addressed.

Dated: MAY 18, 2020 /s/ Neil Enmark
NEIL ENMARK, Attorney for Trustee

2