**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 20-21922 - C - 13
Matthew David King and             ) Docket Control No. DPC-1
Michele Elizabeth Prather King,    ) Document No. 21
               Debtors.            ) Date: 06/09/2020
                                   ) Time: 2:00 PM
                                   ) Dept: C
```

**Order**

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

     The Objection to the Chapter 13 Plan filed by the Chapter 13 Trustee, David Cusick ("Trustee"), having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

     **IT IS ORDERED** that the Objection is overruled, and Matthew David King and Michele Elizabeth Prather King's ("Debtor") Chapter 13 Plan filed on April 1, 2020, is confirmed. Counsel for Debtor shall prepare an appropriate order confirming the Chapter 13 Plan, transmit the proposed order to the Chapter 13 Trustee for approval as to form, and if so approved, the Chapter 13 Trustee will submit the proposed order to the court.

Dated: June 16, 2020

_____
United States Bankruptcy Judge

[21] - Objection to Confirmation of Plan by Trustee David P. Cusick [DPC-1] Filed by Trustee David Cusick (lbef)